Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | FILED |
|---|---|
| | US DISTRICT COURT WESTERN DISTRICT OF ARKANSAS |
| | Jul 10, 2018 |
| | OFFICE OF THE CLERK |

# UNITED STATES DISTRICT COURT

for the

_Western_ District of _Arkansas_

_Fort Smith_ Division

Eric Shew

Plaintiff(s)

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-v-

`` See Attached ''

Defendant(s)

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

Case No. **18-6062**

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Eric Shew |
| Street Address | General Delivery |
| City and County | Colorado Springs, El Paso |
| State and Zip Code | Colorado            80903 |
| Telephone Number | 719 - 310 - 2465 |
| E-mail Address | ericshew03241976@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — City of Hot Springs

Job or Title *(if known)*

Street Address

City and County — Hot Springs, Garland

State and Zip Code — Arkensas

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name — Shawn Lowrey

Job or Title *(if known)* — Hot Springs Police Officer

Street Address — 641 Malvern Ave

City and County — Hot Springs, Garland

State and Zip Code — Arkensas 71901

Telephone Number — 501-321-6789

E-mail Address *(if known)*

**Defendant No. 3**

Name — Les Jessup

Job or Title *(if known)* — Hot Springs Police Officer

Street Address — 641 Malvern Ave

City and County — Hot Springs, Garland

State and Zip Code — Arkensas 71901

Telephone Number — 501-321-6789

E-mail Address *(if known)*

**Defendant No. 4**

Name — Michael Stone

Job or Title *(if known)* — Hot Springs Police Officer

Street Address — 641 Malvern Ave

City and County — Hot Springs, Garland

State and Zip Code — Arkensas 71901

Telephone Number — 501-321-6789

E-mail Address *(if known)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

"See Attached"

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am acking for punitive dameges in the amount of $750,000 detendents did knowily end recklessly show dilesbet indiffereance meliously violeting my rights affueded to me as e citizen of U.S.A. the rights they swore to prostect under color of law.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     *Fri. July 6, 2018*

Signature of Plaintiff     *Eric Shaw*
Printed Name of Plaintiff     *Eric Shaw*

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Street Address     _____
State and Zip Code     _____
Telephone Number     _____
E-mail Address     _____

On 4-19-18 at 4:10 pm I was involed in a fatal with a 20 yr old motorcyclist name Mattew Tedlock. I was extremly distraught by the site of Mr Tedlock bleeding and unconscience, but immediatly went to aid Mr Tedlock with another female witness and all as the operator gave us instructions in CPR, until peramedics arrived.

Officer Shawn Lowrey began interveiwing witness's one by the name of David Shaw who interduced his self to me at the scene along with a gentle men he was with proceeded to tell Officer Lowrey that the accendent was not my fault. Mr Lowrey's supieur officer then told him very loudly "Go Get those witness's names". Still there are no witness's or there statements in Report.

Claim#1 Denied Due process Officer Lowrey did deliberatly and eliously not list witness's on report because there testomany was in Mr. Shaw's Favor.)

I was distraught over the death of Mr tadlock as peramedics notified me he was deceased. Officer Lowrey told me not it was not my fault and that I had did nothing wrong. new told me to sit in the back of a petrol car so I didnt have to look at the scene and that he would leave the door open and I did nothing wrong. Suddenly the door was slammed and locked. (Claim#2

False Imprisonment Officers Lowrey and Stone locked me in the back of petrol car with no probeble cause or justification. No criminal Charge.) Officers proceded to hit the lock button around 3 times as a form of mental abuse. Officer stone then told me that I could volenterely give a blood sample or he would get a warrent. ~~[scribbled out]~~ give ~~[scribbled out]~~

I was then driven back in the back of the police car to CHI ST VINCENT HOSPITAL were I was escorted to the E.R. by officer Stone and his female partner. Officer Stone then told E.R. staff that I was here to volunter give a blood sample. I said I'm not here volenterly I went to go prey at the crash site for Mr Tedlock and his family. Immediatly handcuffs were placed on my by Officer Stone. (Claim #3 Denied Freedom of Religion - as soon as I said I wanted to go prey handcuffs were placed on me no p.c. no charge.)

Officer Stone then told me if I gave up my blood he would take off the cuffs. When he removed them I tried to leave my path was blocked my officer Stone and his female partner. She (Stone's partner) then dialed a number on her cell phone (Not dispect radio) "ask what do we do he whats to leave" she hung up the cell phone and told Stone arresst him for driving on suspended. Handcuffs were now placed on me again. ~~cccccccccccccc~~

I waited 40 mins untill Det. Les Jessup arrived with a fake search warrant for my blood (Claim #4 False Swearing - Officer's tried to enforce there will upon me and medical staff with a false seaad warrant) Nurse would not proceed without my conscent her was cornered by Officers Jessup, Stone, and female officer Told that they had a warrant, Officer Stone then told Nurse and E.R. staff That I was a "scumbag" (Claim #5 Humilation - Nurse said she does not care about that as she called the Director of CHI St Vincent Hospital and He said No as well.

2 of 3

I ____ parking lot for about 15 more mins and wes transported to National Park Med. Center 10 miles away were I wes dragged out of the car slammed down on the concrete with handcuffs on. (Cleim #6 Excessive Force - by les jessup Put into wheelchair and push into E.R.. at NPMC were agein I refused and the medical staf refused. I wes then transported to Garland Co Det. Center were officer stone wrote me a cietion for Driving on Suspended on 4-20-18 at 1:13 am two hours after the (Cleim #7 Emotional Distress - the events of this tregic night with police excessive force, violeta my civil and Constituional Rights to the point I am afeird of the HSP.D. and whet they may do to me. I lost my truck my father gave to me on his death bed in Nov 2017 he di in Feb 2018. It wes towed from the scene I could not afford to get it out and witness's we purposely left off report to kept me from filing insurance ceim, but more importenly Mr Tedlock and his femily and what they went threw and I went threw this kind of persnel Aorelic is & misconduct & Melious Reckless dilebed verb hes given me

# UNIFORM TRAFFIC TICKET AND COMPLAINT

CASE No. _____    DEF.# _____

HOT SPRINGS POLICE DEPT. } SS.    No. **375411**

HOT SPRINGS, AR 71901    SUMMONS

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OATH DEPOSES AND SAYS:

ON ____ THE ___ DAY OF ___ 20 __ AT __:__ A.M./P.M.

NAME _____ Shaw _____ Erik _____
            LAST        FIRST        M.I.

STREET _____ 210 Adkins _____

CITY AND STATE _H. Springs, AR 71913_ HM PHONE: _____

AGE _20_ D.O.B. _____ RACE _W_ SEX _M_ HT: _____ WT: _150_

DRIV. LIC. No. _9019463102_ CLASS _D_ ST _AR_ ☐ CDL  DID UNLAWFULLY (OPERATE) (PARK)
            NUMBER        CLASS   ST

VEH. LIC. No. _WUM49_ YR. _V_ STATE _IN_ MAKE _Grand_ COLOR _Silver_

VIN # _____

UPON A PUBLIC HWY., NAMELY AT (LOCATION) _____

EMPLOYED BY: _____  PHONE: _____

LOCATED IN THE CITY AND STATE AFORESAID AND DID THEN AND THERE
COMMIT THE FOLLOWING OFFENSE(S)

SPEEDING (OVER LIMIT) ☐ 0-10 MPH ☐ 11-20 MPH ☐ 21-25 MPH ☐ 26 & OVER MPH
( ___ MPH IN: ___ MPH ZONE) 27-51-201

| | |
|---|---|
| ☐ CARELESS / PROHIBITED DRIVING 27-51-104 | ☐ FAILURE TO YIELD 27-51-503 |
| ☐ DISOBEYED TRAFFIC SIGNAL 27-52-107 | ☐ CHILD SAFETY SEAT 27-34-104 |
| ☐ DISOBEYED STOP / YIELD SIGN 27-51-601 | ☐ IMPROPER TURN 27-51-401 |
| ☐ FAIL TO YIELD TO PEDESTRIAN 27-51-1202 | ☐ IMPROPER LANE CHANGE 27-51-302 |
| ☐ FOLLOWING TOO CLOSELY 27-51-305 | ☐ EXPIRED / NO VEH LIC. 27-14-304 |
| ☑ DRIVING ON SUSP / REVOKED-D.L. 27-16-303 | ☐ EXPIRED / NO D.L. 27-16-602 |
| ☐ NO PROOF OF LIABILITY INS. 27-22-104 | ☐ D.W.I. 5-65-103 |
| ☐ NO OR IMPROPER SEAT BELT 27-37-702 | ☐ REFUSAL TO SUBMIT 5-65-205 |

YES NO                          YES NO                    YES NO
ACCIDENT ☑ ☐   COMMERCIAL VEH. ☐ ☑   SEAT BELT ☑ ☐
OTHER OFFENSE(S) (SPECIFY STATUTE NUMBER / COMMENT(S) _____

COMMENTS:

COURT APPEARANCE _1_ DAY OF _May_ 20 _18_
AT _1:30_ A.M./P.M. DISTRICT COURT, 607 OUACHITA, RM 150.
I PROMISE TO APPEAR IN SAID COURT AT SAID TIME AND PLACE.

SIGNATURE X _____

THE UNDERSIGNED FURTHER STATES THAT HE HAS JUST AND
REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT
THE PERSON NAMED ABOVE COMMITTED THE OFFENSE HEREIN SET
FORTH, CONTRARY TO THE LAW SWORN TO AND SUBSCRIBED BEFORE ME.

THIS _____ DAY OF _____ 20 _____

_____
SIGNATURE OF OFFICER

_____
(NAME AND TITLE)    (BADGE No.) _I.O_

375411

**533464**

| Drivers' Last Names | SHAW, TADLOCK | Page 1 of | 12 |
|---|---|---|---|

| Juvenile Involved ☐ Yes ☑ No | **ARKANSAS MOTOR VEHICLE CRASH REPORT** Rev. 2018-2 | Severity ☑ Fatality ☐ Injury ☐ PDO |
|---|---|---|

| # of Motor Vehicles Automobiles, Motorcycles, etc. | 2 | | | Crash Report # | 18L011716 |
|---|---|---|---|---|---|
| # of Non-Motorists Pedestrians, Bicyclists, etc. | 0 | Investigating Agency | HOT SPRINGS PD | | |

| Investigating Officer | OFC | Lowrey | Shawn | | 133 | Signature |
|---|---|---|---|---|---|---|
| | Rank | Last | First | Middle | Suffix  Badge # | |

## CRASH DATE AND TIME

| Date of Crash (MM/DD/YYYY) | Time of Crash (HH:MM AM/PM) | Date Police Notified | Time Police Notified | Date Police Arrived | Time Police Arrived |
|---|---|---|---|---|---|
| 04/20/2018 | 11:10 PM | 04/20/2018 | 11:11 PM | 04/20/2018 | 11:12 PM |

## CRASH LOCATION

| County | City | Latitude | Longitude |
|---|---|---|---|
| Garland | Hot Springs | 34.505448° N | 93.055090° W |

| Road/Street/Highway | Section | Log Mile | At Intersection With |
|---|---|---|---|
| 7 (7) | 090 | 10.431 | ORANGE ST |

| Not in City, but | | of the City Limits of | |
|---|---|---|---|
| | Distance (feet or miles to two decimal places)  Direction (N/S/E/W) | | City |

| Not at Intersection, but | | of | |
|---|---|---|---|
| | Distance (feet or miles to two decimal places)  Direction (N/S/E/W) | Reference point | |

## CRASH FACTORS AND CONDITIONS

**First Harmful Event** — 205

*Non-Collision*
- 100 Overturn/rollover
- 101 Fire/explosion
- 102 Immersion, full or partial
- 103 Jackknife
- 104 Cargo/equipment loss or shift
- 113 Fell/jumped from motor vehicle
- 115 Object thrown or fallen on or near motor vehicle
- 198 Other non-collision

*Collision with Non-Fixed Object*
- 200 Pedestrian
- 201 Pedalcycle
- 202 Other non-motorist
- 203 Railway vehicle (train, engine)
- 204 Animal (live)
- 205 Motor vehicle in transport
- 206 Parked motor vehicle
- 207 Falling/shifting cargo or anything set in motion by motor vehicle
- 208 Work zone/maintenance equipment
- 298 Other non-fixed object

*Collision with Fixed Object*
- 300 Impact attenuator/crash cushion
- 301 Bridge overhead structure
- 302 Bridge pier or support
- 303 Bridge rail
- 304 Cable barrier
- 305 Culvert
- 306 Curb
- 307 Ditch
- 308 Embankment
- 309 Guardrail face
- 310 Guardrail end
- 311 Concrete traffic barrier
- 312 Other traffic barrier
- 313 Tree (standing)
- 314 Utility pole/light support
- 315 Traffic sign support
- 316 Traffic signal support
- 317 Other post, pole, or support
- 318 Fence
- 319 Mailbox
- 320 Building
- 398 Other fixed object
- 999 Unknown

*If 198, 298, or 398, describe:*

**Location of First Harmful Event** — 100
- 100 On roadway
- 101 Shoulder
- 102 Median
- 103 Roadside
- 104 Gore
- 105 Separator
- 106 In parking lane or zone
- 107 Off roadway, location unknown
- 108 Outside right-of-way (trafficway)
- 999 Unknown

**Type of Collision** — 202
- 100 Single vehicle crash
- 200 Front to rear
- 201 Front to front
- 202 Angle
- 203 Sideswipe, same direction
- 204 Sideswipe, opposite direction
- 205 Rear to side
- 206 Rear to rear
- 980 Other (describe below)

**Relation to Junction** — 100
- 000 Non-junction
- 100 Intersection
- 101 Intersection related
- 102 Entrance or exit ramp
- 103 Entrance or exit ramp related
- 104 Railway grade crossing
- 105 Crossover related
- 106 Driveway access
- 107 Driveway access related
- 108 Shared-use path or trail
- 109 Acceleration or deceleration lane
- 110 Through roadway
- 198 Other location within an interchange area (median, shoulder, and roadside)
- 999 Unknown

**School Bus Related** — 000
- 000 No, school bus not involved
- 100 Yes, school bus directly involved
- 101 Yes, school bus indirectly involved

**Type of Intersection** — 100
- 000 Not an intersection
- 100 Four-way intersection
- 101 T-Intersection
- 102 Y-Intersection
- 103 L-Intersection
- 104 Traffic circle
- 105 Roundabout
- 106 Five-point or more
- 999 Unknown

**Road System** — 102
- 100 Interstate
- 101 US highway
- 102 State highway
- 103 County road
- 104 City street
- 105 Frontage road
- 106 Ramp
- 999 Unknown

**Property Classification** — 100
- 100 Public property
- 101 Private property

**Trafficway Classification** — 100
- 100 Trafficway, on road
- 101 Trafficway, not on road
- 102 Non-trafficway (describe below)

**Roadway Surface Condition** — 100
- 100 Dry
- 101 Wet
- 102 Snow
- 103 Slush
- 104 Ice or frost
- 105 Water (standing or moving)
- 106 Sand
- 107 Mud, dirt, or gravel
- 108 Oil
- 198 Other
- 999 Unknown

**Light Condition** — 103
- 100 Daylight
- 101 Dawn
- 102 Dusk
- 103 Dark - lighted
- 104 Dark - not lighted
- 105 Dark - unknown lighting
- 198 Other
- 999 Unknown

**Environmental Factors** *Check all that apply:*
- ☑ 000 None
- ☐ 100 Weather conditions
- ☐ 101 Visual obstructions
- ☐ 102 Glare
- ☐ 103 Animals in roadway
- ☐ 198 Other:
- ☐ 999 Unknown

**Weather Conditions** *Check all that apply:*
- ☑ 100 Clear
- ☐ 101 Cloudy
- ☐ 102 Fog
- ☐ 103 Smog
- ☐ 104 Smoke
- ☐ 105 Rain
- ☐ 106 Sleet
- ☐ 107 Hail
- ☐ 198 Other
- ☐ 108 Freezing rain or freezing drizzle
- ☐ 109 Snow
- ☐ 110 Blowing snow
- ☐ 111 Severe crosswinds
- ☐ 112 Blowing sand, soil, or dirt
- ☐ 999 Unknown

**Roadway Conditions** *Check all that apply:*
- ☑ 000 None
- ☐ 100 Backup due to prior crash
- ☐ 101 Backup due to prior non-recurring incident
- ☐ 102 Backup due to regular congestion
- ☐ 103 Toll booth / plaza related
- ☐ 104 Road surface condition (wet, icy, snow, slush, etc.)
- ☐ 105 Debris
- ☐ 106 Ruts, holes, or bumps
- ☐ 107 Work zone
- ☐ 108 Worn, travel-polished surface
- ☐ 109 Obstruction in roadway
- ☐ 110 Traffic control device inoperative, missing, or obscured
- ☐ 111 Shoulders (none, low, soft, high)
- ☐ 112 Non-highway work
- ☐ 198 Other:
- ☐ 999 Unknown

## WORK ZONE CRASH INFORMATION

| Work Zone — 000 | Location Relative to Work Zone — 970 | Work Zone Type — 970 | Worker(s) Present — 970 | Law Enforcement Present — 970 |
|---|---|---|---|---|
| 000 No | 100 Before the first work zone warning sign | 100 Lane closure | 000 No | 000 No law enforcement presence |
| 100 Yes | 101 Advance warning area | 101 Lane shift or crossover | 100 Yes | 100 Officer present |
| 999 Unknown | 102 Transition area | 102 Work on shoulder or median | 970 Not applicable | 101 Law enforcement vehicle only present |
| | 103 Activity area | 103 Intermittent or moving work | 999 Unknown | 970 Not applicable |
| | 104 Termination area | 198 Other | | 999 Unknown |
| | 970 Not applicable | | | |
| | 999 Unknown | 970 Not applicable | | |
| | | 999 Unknown | | |

CRASH REPORT - CRASH SUMMARY

533464

| Crash Report # | 18L011716 | | Page | 2 | of* | 12 |

**ATTACHMENTS**

| Photos Taken | Type | Description |
|---|---|---|
| ☐ Yes | | |
| ☑ No | | |

**NON-VEHICULAR PROPERTY DAMAGE**

| Description of Property Damage | Damage Estimate | Owner Contacted | Name | Address Street | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**WITNESSES' CONTACT INFORMATION**

| Last Name | First Name | Middle Name | Suffix | Address | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

CRASH REPORT - ATTACHMENTS / PROPERTY DAMAGE / WITNESSES

**533464**

| Motor-Vehicle # | **ARKANSAS MOTOR VEHICLE CRASH REPORT** | Page 3 of 12 |
|---|---|---|
| | **VEHICLE INFORMATION** | Crash Report # 18L011716 |

## DESCRIPTION AND IDENTIFICATION

| Check if this vehicle had no driver ☐ | **Hit and Run** | | 000 | **Vehicle Body Type** | 109 |
|---|---|---|---|---|---|
| | 000 No, did not leave the scene | 100 Yes, vehicle & driver left the scene | | **Passenger Vehicles** | |
| | 001 No, vehicle & driver left the scene | 101 Yes, only driver left the scene | | 100 2-door | |
| | 002 No, only driver left the scene | | | 101 4-door | |

**VIN** 1GKEC13R9XJ783468

| | | | 102 Hatchback |
|---|---|---|---|
| | | | 103 Convertible |
| **Vehicle Year, Make, and Model** | | | 104 Station wagon |
| 1999   GMC | | Full-size Jimmy/Yukon | 105 Pick-up |
| Year      Make | | Model | 106 Mini-van |

| **License Plate** | | | ☐ Missing | 107 Passenger van (seats any number if personal; up to 8 if business) |
|---|---|---|---|---|
| IN    WUN409 | 2018 | | ☐ Unknown (fill in all known details) | 108 Cargo van (10,000 lbs or less) |
| State   Number | Year | | | 109 Sport utility vehicle |
| | | | | 110 Large utility vehicle |

| **Trailer #1 License Plate** | | ☐ Missing | 111 Motor home/recreational vehicle |
|---|---|---|---|
| | | ☐ Unknown (fill in all known details) | 198 Other passenger vehicle |
| State   Number | | | **Truck > 10,000 lbs** |

| **Trailer #2 License Plate** | | ☐ Missing | 200 Single unit truck (2 axles) |
|---|---|---|---|
| | | ☐ Unknown (fill in all known details) | 201 Single unit truck (3 or more axles) |
| State   Number | | | 202 Single unit truck with trailer |
| | | | 203 Truck tractor only (bobtail) |

| **Owner Name** ☐ Same as driver   ☐ Unknown | 204 Tractor/semi-trailer |
|---|---|
| ROBERT L SHAW | 205 Tractor/doubles |
| | 206 Construction/maintenance equipment |

| **Owner Address** ☑ Same as driver   ☐ Unknown | 207 Farm equipment |
|---|---|
| 210 NICKENS ST          HOT SPRINGS NA     AR     71913 | 298 Other heavy truck (GVWR/GCWR > 10,000 lbs) |
| Street               City          State  Postal Code | **Bus / Van / Limo (9 or more seats, including driver)** |

| **Motor Carrier Type** | 000 | **Motor Carrier ID Numbers** | 300 School bus |
|---|---|---|---|
| 000 Personal transportation | | USDOT # | 301 Transit/city bus |
| 100 Interstate carrier | | | 302 Motor coach/intercity/cross-country bus |
| 101 Intrastate carrier | | MC/MX # | 303 Limousine |
| 102 Not in commerce - government | | | 304 Van (seats 9-15, including driver) |
| 103 Not in commerce - other truck | | State # | State | 390 Other vehicle (seats 9-15, including driver) |
| 999 Unknown | | | | 391 Other vehicle (seats 16 or more, including driver) |

| **Motor Carrier Name** ☐ Unknown | **Cycle / Low Speed** |
|---|---|
| | 400 Motorcycle |
| | 401 Motor scooter |
| | 402 Moped |

| **Motor Carrier Address** ☐ Unknown | 403 ATV (3, 4, or 6 wheels) |
|---|---|
| | 404 Snowmobile |
| | 405 Golf cart |
| | 406 Low speed vehicle |
| Street        City       State     Postal Code | 498 Other motorized cycle/low speed vehicle |

| **Cargo Body Type** | | | | 000 | **Unknown** |
|---|---|---|---|---|---|
| 000 No cargo body | 104 Cargo tank | 109 Dump | 198 Other | | 999 Unknown type of motor vehicle |
| 100 Bus | 105 Log | 110 Concrete mixer | | | *If 198, 298, 390, 391, or 498, describe below:* |
| 101 Van / enclosed box | 106 Intermodal container chassis | 111 Auto transporter | | | |
| 102 Grain / chips / gravel | 107 Vehicle towing another vehicle | 112 Garbage / refuse | 999 Unknown | | |
| 103 Pole trailer | 108 Flatbed | | | | |

| **GVWR/GCWR** | 970 | **Hazardous Materials Placard** | 000 | **Hazardous Material ID** (4-digit # or name from middle of diamond or rectangular box) | **Hazardous Materials Released from Vehicle Cargo Compartment** | 970 |
|---|---|---|---|---|---|---|
| 100 10,000 lbs or less | | 000 Placard not required | | | 000 No, hazardous materials not released | |
| 101 10,001 - 26,000 lbs | | 100 Placard displayed | | **Hazardous Material Class** (1-digit # from bottom of diamond) | 100 Yes, hazardous materials released | |
| 102 More than 26,000 lbs | | 200 Placard required but not displayed | | | 970 Not applicable (not carrying hazardous materials) | |
| 970 Not applicable | | 999 Unknown | | | | |

## INSURANCE

| | | **DAMAGE** | | |
|---|---|---|---|---|
| **Insurance** | **Damage Severity** | 101 | **Initial Contact Point** (check 1) | **Damaged Areas** (check all that apply) |
| ☑ Uninsured at time of crash  ☐ Unknown (fill in any known details) | 000 No damage | | | |
| | 100 Minor damage | | | |
| **Insurance Company** | 101 Functional damage | | | |
| | 102 Disabling damage | | | |
| | 999 Unknown | | | |
| **NAIC #** | **Damage Estimate** | | | |
| | $4,000 | | | |
| | **Damage Prior to the Crash** | | ☐ 000 Non-collision | ☐ 097 No damage |
| | ☑ No prior damage | | ☐ 100 Cargo loss | ☐ 113 Top |
| **Policy #** | ☐ Yes (describe below) | | ☐ 113 Top | ☐ 114 Undercarriage |
| | | | ☐ 114 Undercarriage | ☐ 999 Unknown |
| | | | ☐ 999 Unknown | |

## TOWING

| **Towed** | 100 | **Towed By** |
|---|---|---|
| 000 Not towed | | Xtreme Towing and Recovery |
| 100 Towed, but not due to disabling damage | | **Towed To** |
| 101 Towed due to disabling damage | | 110 Technology Place     Hot Springs    AR    71901 |
| | | Street              City         State   Postal Code |

CRASH REPORT - MOTOR VEHICLE DESCRIPTION AND IDENTIFICATION

533464

| Motor Vehicle # | **ARKANSAS MOTOR VEHICLE CRASH REPORT** | Page 4 of 12 |
|---|---|---|
| 1 | **VEHICLE INFORMATION** | Crash Report # 18L011716 |

## MOTOR VEHICLE CIRCUMSTANCES

| Vehicle Usage | 000 |
|---|---|
| 000 No special function | |
| 100 Taxi | |
| 101 School bus/school transport | |
| 102 Church bus | |
| 103 Transit/commuter bus | |
| 104 Intercity bus | |
| 105 Charter/tour bus | |
| 106 Shuttle bus | |
| 107 Military | |
| 108 Police | |
| 109 Ambulance | |
| 110 Fire truck | |
| 111 Non-transport emergency services vehicle | |
| 112 Incident response | |
| 999 Unknown | |

| Emergency Vehicle Usage | 970 |
|---|---|
| 100 Non-emergency, non-transport | |
| 101 Non-emergency transport | |
| 102 Emergency operation, emergency warning equipment not in use | |
| 103 Emergency operation, emergency warning equipment in use | |
| 970 Not applicable | |
| 999 Unknown | |

| Travel Direction | 100 |
|---|---|
| 100 Northbound | |
| 101 Southbound | |
| 102 Eastbound | |
| 103 Westbound | |
| 104 Not on roadway | |
| 999 Unknown | |

| Vehicle Maneuver | 106 |
|---|---|
| 100 Movement essentially straight ahead | |
| 101 Negotiating a curve | |
| 102 Backing | |
| 103 Changing lanes | |
| 104 Overtaking/passing | |
| 105 Turning right | |
| 106 Turning left | |
| 107 Making U-turn | |
| 108 Leaving traffic lane | |
| 109 Entering traffic lane | |
| 110 Slowing | |
| 111 Parked | |
| 112 Stopped in traffic | |
| 198 Other | |
| | |
| 999 Unknown | |

**Vehicle Defects**   Check all that apply.

☑ 000 None

| ☐ 100 Brake | ☐ 101 Exhaust system | ☐ 102 Body or doors |
|---|---|---|
| ☐ 103 Steering | ☐ 104 Power train | ☐ 105 Suspension |
| ☐ 106 Tires | ☐ 107 Wheels | ☐ 108 Headlights |
| ☐ 109 Tail lights | ☐ 110 Turn signals | ☐ 111 Windows or windshield |
| ☐ 112 Mirrors | ☐ 113 Wipers | ☐ 114 Truck coupling, trailer. |
| ☐ 115 Fuel system | ☐ 116 Cruise control | hitch, or safety chains |

☐ 198 Other

☐ 999 Unknown

**Traffic Control Device Types and Statuses**

Check the boxnext to each traffic control device that was present at the location of the crash.
Use the codes to the right to record the status of each traffic control device present.

100 Functioning properly
101 Functioning improperly
102 Inoperative or missing
999 Unknown

| Traffic Control Device Type<br>Check all that apply | | Device Status<br>Use above codes |
|---|---|---|
| ☐ 000 None | | |
| ☐ 100 Flashing traffic control signal | | |
| ☐ 101 Traffic control signal | | |
| ☐ 102 Stop sign | | |
| ☐ 103 Yield sign | | |
| ☐ 104 Slow or warning sign | | |
| ☐ 105 Person (officer, flagman, crossing guard) | | |
| ☐ 106 School zone sign/device. | | |
| ☐ 107 Pedestrian signal | | |
| ☐ 108 No passing signal | | |
| ☐ 109 Words or symbols painted on roadway | | |
| ☑ 110 Traffic lanes marked | | 100 |
| ☐ 111 Railway crossing with gate and signals | | |
| ☐ 112 Railway crossing with flashing signals only | | |
| ☐ 113 Railway crossing with crossbuck only | | |
| ☐ 198 Other: | | |
| ☐ 999 Unknown | | |

| Trafficway Description | 200 |
|---|---|
| 100 One-way trafficway | |
| 200 Two-way, not divided | |
| 201 Two-way, not divided, with a continuous left turn lane | |
| 300 Two-way, divided; unprotected (painted >4 feet) median | |
| 400 Two-way, divided; positive cable barrier | |
| 401 Two-way, divided; positive concrete barrier | |
| 498 Two-way, divided, other type of positive barrier | |
| | |
| 999 Unknown | |

| Roadway Surface | 101 |
|---|---|
| 100 Concrete | |
| 101 Asphalt | |
| 102 Gravel | |
| 103 Dirt | |
| 198 Other | |
| | |
| 999 Unknown | |

| Roadway Grade | 100 | Roadway Alignment | 100 |
|---|---|---|---|
| 100 Level   999 Unknown | | 100 Straight | |
| 101 Hillcrest | | 200 Curve left | |
| 102 Uphill | | 201 Curve right | |
| 103 Downhill | | 299 Curve, direction unknown | |
| 104 Sag (bottom) | | 999 Unknown | |

| Total # of Lanes | 3 |
|---|---|

| Posted Speed Limit | 30 |
|---|---|
| Use the posted speed limit that applied to this vehicle at the time of the crash. | |

## MOTOR VEHICLE EVENTS

| Sequence of Events | 1 | 205 | 2 | | 3 | | 4 | | 5 | | 6 | | 7 | | 8 | | 9 | | 10 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Most Harmful Event   205

| Non-Collision | Collision with Non-Fixed Object | Collision with Fixed Object | Unknown |
|---|---|---|---|
| 100 Overturn/rollover | 200 Pedestrian | 300 Impact attenuator/crash cushion | 999 Unknown |
| 101 Fire/explosion | 201 Pedalcycle | 301 Bridge overhead structure | |
| 102 Immersion, full or partial | 202 Other non-motorist | 302 Bridge pier or support | |
| 103 Jackknife | 203 Railway vehicle (train, engine) | 303 Bridge rail | |
| 104 Cargo/equipment loss or shift | 204 Animal (live) | 304 Cable barrier | |
| 105 Equipment failure | 205 Motor vehicle in transport | 305 Culvert | |
| (blown tire, brake failure, etc.) | 206 Parked motor vehicle | 306 Curb | |
| 106 Separation of units | 207 Falling/shifting cargo or | 307 Ditch | |
| 107 Ran off roadway right | anything set in motion by motor vehicle | 308 Embankment | |
| 108 Ran off roadway left | 208 Work zone/maintenance equipment | 309 Guardrail face | |
| 109 Deliberately crossed median | 298 Other non-fixed object | 310 Guardrail end | |
| 110 Unintentionally crossed median | | 311 Concrete traffic barrier | |
| 111 Crossed centerline | | 312 Other traffic barrier | |
| 112 Downhill runaway | | 313 Tree (standing) | |
| 113 Fell/jumped from motor vehicle | | 314 Utility pole/light support | |
| 114 Reentering roadway | | 315 Traffic sign support | |
| 115 Object thrown or fallen on or near motor vehicle | | 316 Traffic signal support | |
| 198 Other non-collison | | 317 Other post, pole, or support | |
| | | 318 Fence | |
| | | 319 Mailbox | |
| | | 320 Building | |
| | | 398 Other fixed object | |
| | | *If 198, 298, or 398 is used, describe below:* | |

CRASH REPORT - MOTOR VEHICLE CIRCUMSTANCES AND EVENTS

533464

| Motor Vehicle # | ARKANSAS MOTOR VEHICLE CRASH REPORT | Page 5 of 12 |
|---|---|---|
| 1 | DRIVER INFORMATION | Crash Report # 18L011716 |

## DRIVER INFORMATION

| Name ☐ Unknown | | | Date of Birth/Age | Sex ☑ Male | Race | 100 |
|---|---|---|---|---|---|---|
| SHAW | ERIC | | 03/24/1976 | ☐ Female | 100 White/Caucasian | |

Last | First | Middle | Suffix — Age: 42 | ☐ Unknown — 101 Black/African-American
102 Hispanic

**Address** ☐ Unknown

210 NICKENS ST          HOT SPRINGS NA          AR          71913

Street | City | State | Postal Code

103 Asian/Pacific Islander
104 American Indian
198 Other
999 Unknown

## DRIVER LICENSE INFORMATION

| License Status | 200 | License Number | Restrictions on License *Check all that apply.* | Restrictions Violated *Check all that apply.* |
|---|---|---|---|---|
| 000 Not licensed | | 902746301 | ☑ 000 None | ☑ 000 None |
| 100 Valid license | | | ☐ 100 With licensed adult | ☐ 100 With licensed adult |
| 200 Suspended | License State | License Class | ☐ 101 Corrective lenses | ☐ 101 Corrective lenses |
| 201 Revoked | AR | D | ☐ 102 Mechanical aid | ☐ 102 Mechanical aid |
| 202 Expired | | | | |
| 203 Cancelled or denied | **Is Commercial Driver License?** | | ☐ 103 Prosthetic aid | ☐ 103 Prosthetic aid |
| 204 Disqualified | ☐ Yes  ☑ No | | ☐ 104 Automatic transmission | ☐ 104 Automatic transmission |
| 999 Unknown | | | ☐ 105 Outside mirror | ☐ 105 Outside mirror |

| Endorsements on License *Check all that apply.* | Endorsements Violated *Check all that apply.* | | |
|---|---|---|---|
| ☑ 000 None | ☑ 000 None | ☐ 106 Daylight only | ☐ 106 Daylight only |
| ☐ 100 Double/triple trailers | ☐ 100 Double/triple trailers | ☐ 107 Class B or C with passengers and class D | ☐ 107 Class B or C with passengers and class D |
| ☐ 101 Passenger | ☐ 101 Passenger | ☐ 108 Class C only with passengers | ☐ 108 Class C only with passengers |
| ☐ 102 Tank vehicle | ☐ 102 Tank vehicle | ☐ 109 Vehicles without airbags | ☐ 109 Vehicles without airbags |
| ☐ 103 Hazardous materials | ☐ 103 Hazardous materials | ☐ 110 Interlock device | ☐ 110 Interlock device |
| ☐ 104 Tank vehicle & hazardous materials | ☐ 104 Tank vehicle & hazardous materials | ☐ 111 School, church, or transit bus | ☐ 111 School, church, or transit bus |
| ☐ 105 School | ☐ 105 School | ☐ 112 Class D only with passengers | ☐ 112 Class D only with passengers |
| ☐ 106 Motorcycle | ☐ 106 Motorcycle | ☐ 113 Diesel fuel, fertilizer only | ☐ 113 Diesel fuel, fertilizer only |
| ☐ 107 Motor driven cycle | ☐ 107 Motor driven cycle | ☐ 114 Seasonal farm service vehicle | ☐ 114 Seasonal farm service vehicle |
| ☐ 108 Valid without photo | ☐ 108 Valid without photo | ☐ 198 Other (describe below) | ☐ 198 Other (describe below) |
| ☐ 198 Other (describe below) | ☐ 198 Other (describe below) | | |

## DRIVER SEATING AND SAFETY INFORMATION

| Seating Position | 110 | Restraint Systems Used | 100 | Motorcycle Helmet Usage | 000 |
|---|---|---|---|---|---|
| | | 000 None used - motor vehicle occupant | | 000 No helmet worn | |
| **Standard Vehicle Seats** | | 100 Shoulder and lap belt used | | 100 DOT-compliant | |
| | | 101 Shoulder belt only used | | motorcycle helmet worn | |

| | Front | | | Other Seating Positions |
|---|---|---|---|---|
| Row | Left | Middle | Right | Other |
| 1 | 110 | 120 | 130 | 180 |
| 2 | 210 | 220 | 230 | 280 |
| 3 | 310 | 320 | 330 | 380 |
| 4 | 410 | 420 | 430 | 480 |
| 5 | 510 | 520 | 530 | 580 |

Other Seating Positions
800 Sleeper section of cab (truck)
801 Passenger section of bus
802 Enclosed passenger/cargo area
803 Unenclosed passenger/cargo area
804 Passenger/cargo area, unknown if enclosed
805 Trailing unit
806 Riding on motor vehicle exterior

**Unknown**
999 Unknown

Restraint Systems:
102 Lap belt only used
103 Restraint used - type unknown
104 Child restraint system - forward facing
105 Child restraint system - rear facing
106 Booster seat
107 Child restraint - type unknown
198 Other
970 Not applicable
999 Unknown

Motorcycle Helmet:
101 Non-DOT-compliant motorcycle helmet worn
102 Helmet worn, unknown if DOT-compliant
999 Unknown if helmet worn

**Eye Protection Usage**
☐ Yes
☑ No
☐ Unknown

| Air Bags Deployed | | Ejection | 000 | Extrication | 000 |
|---|---|---|---|---|---|
| *Check all that apply:* | | 000 Not ejected | | 000 Not extricated | |
| ☑ 000 Not deployed | | 100 Ejected, partially | | 100 Extricated | |
| ☐ 100 Deployed: front | | 101 Ejected, totally | | 999 Unknown | |
| ☐ 101 Deployed: side | | 970 Not applicable | | | |
| ☐ 102 Deployed: curtain | | 999 Unknown | | | |
| ☐ 198 Deployed: other | | **Ejection Path** | | | 000 |
| | | 000 Not ejected | 970 Not applicable | | |
| ☐ 970 Not applicable | | 100 Side door opening | 999 Unknown | | |
| ☐ 999 Unknown | | 101 Side window | | | |

| Bus Seating Position | | | |
|---|---|---|---|
| *(Complete if 801 was selected for Seating Position above.)* | | | |

| Driver | | | | Front | | |
|---|---|---|---|---|---|---|
| 1A | 1B | 1C | | 1D | 1E | 1F |
| 2A | 2B | 2C | | 2D | 2E | 2F |
| 3A | 3B | 3C | | 3D | 3E | 3F |
| 4A | 4B | 4C | | 4D | 4E | 4F |
| 5A | 5B | 5C | | 5D | 5E | 5F |
| ⋮ | ⋮ | ⋮ | | ⋮ | ⋮ | ⋮ |
| ##A | ##B | ##C | | ##D | ##E | ##F |

Ejection Path:
102 Windshield
103 Back window
104 Back door/tailgate opening
105 Roof opening (sun roof, convertible top down)
106 Roof (convertible top up)
198 Other (e.g., back of pickup truck, torn-off roof, car cut in half)

533464

| Motor Vehicle # | ARKANSAS MOTOR VEHICLE CRASH REPORT | Page | 6 | of | 12 |
|---|---|---|---|---|---|
| 1 · | DRIVER INFORMATION | Crash Report # 18L011716 | | | |

## MEDICAL INFORMATION

| Injury Status | 5 | Type of Medical Transportation | 000 | EMS Notified | | EMS Arrived | |
|---|---|---|---|---|---|---|---|
| 1 (K) Fatal injury | | 000 Not transported | | | | | |
| 2 (A) Suspected serious injury | | 100 EMS air | | Date | Time | Date | Time |
| 3 (B) Suspected minor injury | | 101 EMS ground | | Transported to Medical Facility By | | | |
| 4 (C) Possible injury | | 102 Law enforcement | | | | | |
| 5 (O) No apparent injury | | 198 Other | | | | | |
| Trauma Band # | | | | Medical Facility Transported To | | | |
| | | 199 Transported, but method unknown | | | | | |
| | | 999 Unknown if transported | | | | | |

## DRIVER CONDITION AND CIRCUMSTANCES

**Condition at Time of Crash**
*Check all that apply:*
- ☐ 000 Apparently normal
- ☐ 100 Physically impaired
- ☐ 101 Emotional (depressed, angry, disturbed, etc.)
- ☐ 102 Ill (sick) or fainted
- ☐ 103 Asleep or fatigued
- ☐ 104 Under the influence of medication or drugs
- ☐ 105 Under the influence of alcohol
- ☐ 198 Other
- ☑ 999 Unknown

**Driver Distracted By** 000
- 000 Not distracted
- 100 Manually operating an electronic communication device (texting, typing, dialing)
- 101 Talking on hands-free electronic device
- 102 Talking on hand-held electronic device
- 103 Other activity with an electronic device
- 104 Passenger
- 980 Other distraction inside the vehicle
- 981 Other distraction outside the vehicle
- 999 Unknown if distracted
*If 980 or 981, describe below:*

**Driver Vision Obscured By**
- 000 No obstruction noted
- 100 Rain, snow, fog, smoke, sand, or dust
- 101 Reflected glare, bright sunlight, or headlights
- 102 Curve, hill, or other roadway design feature
- 103 Building, billboard, or other structure
- 104 Trees, crops, or vegetation
- 105 In-transport motor vehicle (including load)
- 980 Other visual obstruction (describe below)
- 106 Not in-transport motor vehicle (parked, working)
- 107 Splash or spray of passing vehicle
- 108 Inadequate defrost or defog system
- 109 Inadequate vehicle lighting system
- 110 Obstruction interior to the vehicle
- 111 External mirrors
- 112 Broken or improperly cleaned windshield
- 113 Obstructing angles on vehicle
- 199 Vision obscured - no details

000

| Driver Suspected of Alcohol Usage | Alcohol Test Type Given | 001 | Alcohol Test Result Status | 970 | Blood Alcohol Content | | Speeding Related | 000 |
|---|---|---|---|---|---|---|---|---|
| ☐ Yes | 000 No test given | | 100 Results pending | | | | 000 Not speeding | |
| | 001 Test refused | | 101 Results received | | | | 100 Racing | |
| | 100 Blood test | | 970 Not applicable | | | | 101 Exceeded speed limit | |
| ☐ No | 101 Breath test | | 999 Unknown | | | | 102 Too fast for conditions | |
| | 102 Urine test | | | | | | 999 Unknown | |
| ☑ Unknown | 198 Other type of test | | | | ☐ Result received from Crime Lab | | | |
| | 999 Unknown if tested | | | | | | | |

| Driver Suspected of Drug Usage | Drug Test Type Given | 001 | Drug Test Results | | ☐ Result received from Crime Lab | Citations | |
|---|---|---|---|---|---|---|---|
| ☐ Yes | 000 No test given | | Pending/Negative | Not Applicable/Unknown | | Citation # | Charges |
| | 001 Test refused | | ☐ 000 Results negative | ☑ 970 Not applicable | | | |
| ☐ No | 100 Blood test | | ☐ 100 Results pending | ☐ 999 Unknown | | | |
| | 101 Urine test | | | | | | |
| ☑ Unknown | 102 Both blood and urine tests | | **Positive Results** *(check all that apply)* | | | | |
| | 198 Other type of test | | ☐ 200 Amphetamines | ☐ 206 Methamphetamines | | | |
| | | | ☐ 201 Barbituates | ☐ 207 Opiates | | | |
| | 999 Unknown if tested | | ☐ 202 Benzodiazepines | ☐ 208 Oxycodone | | | |
| | | | ☐ 203 Cannabinoids | ☐ 209 Propoxyphene | | | |
| | | | ☐ 204 Cocaine | ☐ 210 Phencyclidine (PCP) | | | |
| | | | ☐ 205 Methadone | | | | |
| | | | ☐ 298 Other positive result (describe below) | | | | |

## DRIVER ACTIONS AT TIME OF CRASH

*Check all that apply:*
- ☐ 000 No contributing action
- ☐ 999 Unknown

**Disregarded Traffic Signs or Controls**
- ☐ 100 Disregarded red light
- ☐ 101 Disregarded other traffic signal
- ☐ 102 Disregarded stop sign
- ☐ 103 Disregarded yield sign
- ☐ 104 Disregarded other traffic sign
- ☐ 105 Disregarded other road markings
- ☐ 106 Disregarded officer or flagman

**Swerved or Avoided**
- ☐ 200 Swerved or avoided due to wind
- ☐ 201 Swerved or avoided due to slippery surface
- ☐ 202 Swerved or avoided due to motor vehicle
- ☐ 203 Swerved or avoided due to non-motorist in roadway
- ☐ 204 Swerved or avoided due to object in roadway
- ☐ 205 Swerved or avoided due to animal in roadway

**Improper Maneuver**
- ☐ 300 Improper right turn
- ☐ 301 Improper left turn
- ☐ 302 Improper U-turn
- ☐ 303 Improper backing
- ☐ 304 Improper passing
- ☐ 305 Improper lane change
- ☐ 306 Improperly parked

**Improper Use of Lights or Signals**
- ☐ 400 Driving without lights
- ☐ 401 Failed to dim headlights
- ☐ 402 Failed to or improper signal

**Unsafe Operation**
- ☐ 500 Reckless operation
- ☐ 501 Aggressive operation
- ☐ 502 Inattentive, careless, negligent, or erratic operation
- ☐ 503 Under the influence of alcohol
- ☐ 504 Under the influence of drugs

**Other Actions**
- ☐ 600 Impeding traffic
- ☐ 601 Ran off roadway
- ☐ 602 Crowded off roadway
- ☐ 603 Crossing median
- ☑ 604 Failed to yield right-of-way
- ☐ 605 Failed to keep in proper lane
- ☐ 606 Wrong side of road
- ☐ 607 Wrong way
- ☐ 608 Followed too closely
- ☐ 609 Cutting in
- ☐ 610 Over-correcting or over-steering
- ☐ 980 Other contributing action (describe below)

CRASH REPORT - DRIVER CONDITION AND CIRCUMSTANCES

**533464**

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## VEHICLE INFORMATION

| Motor Vehicle # | 2 |
|---|---|

Page 7 of 12

Crash Report # 18L011716

### DESCRIPTION AND IDENTIFICATION

| Check if this vehicle had no driver ☐ | Hit and Run | | 000 |
|---|---|---|---|
| | 000 No, did not leave the scene | 100 Yes, vehicle & driver left the scene | |
| | 001 No, vehicle & driver left the scene | 101 Yes, only driver left the scene | |
| | 002 No, only driver left the scene | | |

VIN JYARJ12E15A003765

**Vehicle Year, Make, and Model**

| 2006 | Yamaha | R6 |
|---|---|---|
| Year | Make | Model |

**License Plate**

| AR | 065BY | 2019 | ☐ Missing |
|---|---|---|---|
| State | Number | Year | ☐ Unknown (fill in all known details) |

**Trailer #1 License Plate**

| | | ☐ Missing |
|---|---|---|
| State | Number | ☐ Unknown (fill in all known details) |

**Trailer #2 License Plate**

| | | ☐ Missing |
|---|---|---|
| State | Number | ☐ Unknown (fill in all known details) |

**Owner Name** ☐ Same as driver ☐ Unknown

MATTHEW TADLOCK

**Owner Address** ☐ Same as driver ☐ Unknown

| 154A CLUBHOUSE CIR | HOT SPRINGS NATIONAL P. | AR | 71901-9247 |
|---|---|---|---|
| Street | City | State | Postal Code |

| Motor Carrier Type | 000 |
|---|---|
| 000 Personal transportation | |
| 100 Interstate carrier | |
| 101 Intrastate carrier | |
| 102 Not in commerce - government | |
| 103 Not in commerce - other truck | |
| 999 Unknown | |

**Motor Carrier ID Numbers**

USDOT # _____

MC/MX # _____

State # _____    State _____

**Motor Carrier Name** ☐ Unknown

**Motor Carrier Address** ☐ Unknown

| | | | |
|---|---|---|---|
| Street | City | State | Postal Code |

| Cargo Body Type | | | 000 |
|---|---|---|---|
| 000 No cargo body | 104 Cargo tank | 109 Dump | 198 Other |
| 100 Bus | 105 Log | 110 Concrete mixer | |
| 101 Van / enclosed box | 106 Intermodal container chassis | 111 Auto transporter | 999 Unknown |
| 102 Grain / chips / gravel | 107 Vehicle towing another vehicle | 112 Garbage / refuse | |
| 103 Pole trailer | 108 Flatbed | | |

**Vehicle Body Type**  400

**Passenger Vehicles**
100 2-door
101 4-door
102 Hatchback
103 Convertible
104 Station wagon
105 Pick-up
106 Mini-van
107 Passenger van (seats any number if personal; up to 8 if business)
108 Cargo van (10,000 lbs or less)
109 Sport utility vehicle
110 Large utility vehicle
111 Motor home/recreational vehicle
198 Other passenger vehicle

**Truck (> 10,000 lbs)**
200 Single unit truck (2 axles)
201 Single unit truck (3 or more axles)
202 Single unit truck with trailer
203 Truck tractor only (bobtail)
204 Tractor/semi-trailer
205 Tractor/doubles
206 Construction/maintenance equipment
207 Farm equipment
298 Other heavy truck (GVWR/GCWR > 10,000 lbs)

**Bus / Van / Limo (9 or more seats, including driver)**
300 School bus
301 Transit/city bus
302 Motor coach/intercity/cross-country bus
303 Limousine
304 Van (seats 9-15, including driver)
390 Other vehicle (seats 9-15, including driver)
391 Other vehicle (seats 16 or more, including driver)

**Cycle / Low Speed**
400 Motorcycle
401 Motor scooter
402 Moped
403 ATV (3, 4, or 6 wheels)
404 Snowmobile
405 Golf cart
408 Low speed vehicle
498 Other motorized cycle/low speed vehicle

**Unknown**
999 Unknown type of motor vehicle
*If 198, 298, 390, 391, or 498, describe below:*

| GVWR/GCWR | 970 | Hazardous Materials Placard | 000 |
|---|---|---|---|
| 100 10,000 lbs or less | | 000 Placard not required | |
| 101 10,001 - 26,000 lbs | | 100 Placard displayed | |
| 102 More than 26,000 lbs | | 200 Placard required but not displayed | |
| 970 Not applicable | | 999 Unknown | |

**Hazardous Material ID**
(4-digit # or name from middle of diamond or rectangular box)

**Hazardous Material Class**
(1-digit # from bottom of diamond)

| Hazardous Materials Released from Vehicle Cargo Compartment | 970 |
|---|---|
| 000 No, hazardous materials not released | |
| 100 Yes, hazardous materials released | |
| 970 Not applicable (not carrying hazardous materials) | |

### INSURANCE

**Insurance**
☐ Uninsured at time of crash  ☐ Unknown (fill in any known details)

**Insurance Company**

Progressive

**NAIC #**

16322

**Policy #**

920212578

### DAMAGE

| Damage Severity | 102 |
|---|---|
| 000 No damage | |
| 100 Minor damage | |
| 101 Functional damage | |
| 102 Disabling damage | |
| 999 Unknown | |

**Damage Estimate**

$10,000

**Damage Prior to the Crash**
☑ No prior damage
☐ Yes (describe below)

**Initial Contact Point (check 1)**

| | 7 | 8 | 9 | 10 | 11 | |
|---|---|---|---|---|---|---|
| 6 | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ 12 |
| | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | 5 | 4 | 3 | 2 | 1 | |

☐ 000 Non-collision
☐ 100 Cargo loss
☐ 113 Top
☐ 114 Undercarriage
☐ 999 Unknown

**Damaged Areas (check all that apply)**

| | 7 | 8 | 9 | 10 | 11 | |
|---|---|---|---|---|---|---|
| 6 | ☐ | ☐ | ☑ | ☑ | ☑ | ☑ 12 |
| | ☑ | ☑ | ☑ | ☑ | ☑ | |
| | 5 | 4 | 3 | 2 | 1 | |

☐ 097 No damage
☐ 113 Top
☐ 114 Undercarriage
☐ 999 Unknown

### TOWING

| Towed | 101 |
|---|---|
| 000 Not towed | |
| 100 Towed, but not due to disabling damage | |
| 101 Towed due to disabling damage | |

**Towed By**
Fox Towing

**Towed To**

| 618 Fox Pass Cutoff | Hot Springs | AR | 71901 |
|---|---|---|---|
| Street | City | State | Postal Code |

CRASH REPORT - MOTOR VEHICLE DESCRIPTION AND IDENTIFICATION

533464

| Motor Vehicle #<br>2 | **ARKANSAS MOTOR VEHICLE CRASH REPORT**<br>**VEHICLE INFORMATION** | Page 8 of 12<br>Crash Report # 18L011716 |

## MOTOR VEHICLE CIRCUMSTANCES

| **Vehicle Usage** | 000 | **Emergency Vehicle Usage** | 970 | **Vehicle Maneuver** | 100 |
|---|---|---|---|---|---|
| 000 No special function<br>100 Taxi<br>101 School bus/school transport<br>102 Church bus<br>103 Transit/commuter bus<br>104 Intercity bus<br>105 Charter/tour bus<br>106 Shuttle bus<br>107 Military<br>108 Police<br>109 Ambulance<br>110 Fire truck<br>111 Non-transport emergency services vehicle<br>112 Incident response<br>999 Unknown | | 100 Non-emergency, non-transport<br>101 Non-emergency transport<br>102 Emergency operation, emergency warning equipment not in use<br>103 Emergency operation, emergency warning equipment in use<br>970 Not applicable<br>999 Unknown | | 100 Movement essentially straight ahead<br>101 Negotiating a curve<br>102 Backing<br>103 Changing lanes<br>104 Overtaking/passing<br>105 Turning right<br>106 Turning left<br>107 Making U-turn<br>108 Leaving traffic lane<br>109 Entering traffic lane<br>110 Slowing<br>111 Parked<br>112 Stopped in traffic<br>198 Other | |

**Travel Direction** — 101

100 Northbound
101 Southbound
102 Eastbound
103 Westbound
104 Not on roadway
999 Unknown

999 Unknown

**Vehicle Defects**   *Check all that apply.*

- [ ] 000 None
- [ ] 100 Brake
- [ ] 103 Steering
- [ ] 106 Tires
- [ ] 109 Tail lights
- [ ] 112 Mirrors
- [ ] 115 Fuel system
- [ ] 198 Other
- [ ] 101 Exhaust system
- [ ] 104 Power train
- [ ] 107 Wheels
- [ ] 110 Turn signals
- [ ] 113 Wipers
- [ ] 116 Cruise control
- [ ] 102 Body or doors
- [ ] 105 Suspension
- [ ] 108 Headlights
- [ ] 111 Windows or windshield
- [ ] 114 Truck coupling, trailer hitch, or safety chains
- [x] 999 Unknown

**Traffic Control Device Types and Statuses**

*Check the box next to each traffic control device that was present at the location of the crash.*
*Use the codes to the right to record the status of each traffic control device present.*

100 Functioning properly
101 Functioning improperly
102 Inoperative or missing
999 Unknown

| **Traffic Control Device Type** *Check all that apply.* | **Device Status** *Use above codes.* |
|---|---|
| - [ ] 000 None | |
| - [ ] 100 Flashing traffic control signal | |
| - [ ] 101 Traffic control signal | |
| - [ ] 102 Stop sign | |
| - [ ] 103 Yield sign | |
| - [ ] 104 Slow or warning sign | |
| - [ ] 105 Person (officer, flagman, crossing guard) | |
| - [ ] 106 School zone sign/device | |
| - [ ] 107 Pedestrian signal | |
| - [ ] 108 No passing signal | |
| - [ ] 109 Words or symbols painted on roadway | |
| - [x] 110 Traffic lanes marked | 100 |
| - [ ] 111 Railway crossing with gate and signals | |
| - [ ] 112 Railway crossing with flashing signals only | |
| - [ ] 113 Railway crossing with crossbuck only | |
| - [ ] 198 Other: | |
| - [ ] 999 Unknown | |

**Trafficway Description** — 200

100 One-way trafficway
200 Two-way, not divided
201 Two-way, not divided, with a continuous left turn lane
300 Two-way, divided, unprotected (painted >4 feet) median
400 Two-way, divided, positive cable barrier
401 Two-way, divided, positive concrete barrier
498 Two-way, divided, other type of positive barrier

999 Unknown

**Roadway Surface** — 101

100 Concrete
101 Asphalt
102 Gravel
103 Dirt
198 Other

999 Unknown

**Roadway Grade** — 100

100 Level    999 Unknown
101 Hillcrest
102 Uphill
103 Downhill
104 Sag (bottom)

**Roadway Alignment** — 100

100 Straight
200 Curve left
201 Curve right
299 Curve, direction unknown
999 Unknown

100

**Total # of Lanes** — 3

**Posted Speed Limit** — 30
*Use the posted speed limit that applied to this vehicle at the time of the crash.*

## MOTOR VEHICLE EVENTS

**Sequence of Events** 1 | 205 | 2 | | 3 | | 4 | | 5 | | 6 | | 7 | | 8 | | 9 | | 10 |

**Most Harmful Event** | 205 |

| **Non-Collision** | **Collision with Non-Fixed Object** | **Collision with Fixed Object** | | **Unknown** |
|---|---|---|---|---|
| 100 Overturn/rollover<br>101 Fire/explosion<br>102 Immersion, full or partial<br>103 Jackknife<br>104 Cargo/equipment loss or shift<br>105 Equipment failure<br>   (blown tire, brake failure, etc.)<br>106 Separation of units<br>107 Ran off roadway right<br>108 Ran off roadway left<br>109 Deliberately crossed median<br>110 Unintentionally crossed median<br>111 Crossed centerline<br>112 Downhill runaway<br>113 Fell/jumped from motor vehicle<br>114 Reentering roadway<br>115 Object thrown or fallen on or near motor vehicle<br>198 Other non-collison | 200 Pedestrian<br>201 Pedalcycle<br>202 Other non-motorist<br>203 Railway vehicle (train, engine)<br>204 Animal (live)<br>205 Motor vehicle in transport<br>206 Parked motor vehicle<br>207 Falling/shifting cargo or<br>   anything set in motion by motor vehicle<br>208 Work zone/maintenance equipment<br>298 Other non-fixed object | 300 Impact attenuator/crash cushion<br>301 Bridge overhead structure<br>302 Bridge pier or support<br>303 Bridge rail<br>304 Cable barrier<br>305 Culvert<br>306 Curb<br>307 Ditch<br>308 Embankment<br>309 Guardrail face<br>310 Guardrail end<br>311 Concrete traffic barrier<br>312 Other traffic barrier<br>313 Tree (standing)<br>314 Utility pole/light support<br>315 Traffic sign support<br>316 Traffic signal support<br>317 Other post, pole, or support | 318 Fence<br>319 Mailbox<br>320 Building<br>398 Other fixed object<br><br>*If 198, 298, or 398 is used, describe below:* | 999 Unknown |

CRASH REPORT - MOTOR VEHICLE CIRCUMSTANCES AND EVENTS

**533464**

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## DRIVER INFORMATION

Motor Vehicle # **2**

Page **9** of **12**

Crash Report # **18L011716**

### DRIVER INFORMATION

| Name ☐ Unknown | | | | Date of Birth/Age | Sex ☑ Male | Race | 100 |
|---|---|---|---|---|---|---|---|
| TADLOCK | MATTHEW | COLIN | | 05/27/1997 | ☐ Female | 100 White/Caucasian | |
| Last | First | Middle | Suffix | Age: 20 | ☐ Unknown | 101 Black/African-American | |

Address ☐ Unknown

| 154A CLUBHOUSE CIR | HOT SPRINGS NA | AR | 71901 | 102 Hispanic |
|---|---|---|---|---|
| Street | City | State | Postal Code | 103 Asian/Pacific Islander |

104 American Indian
198 Other
999 Unknown

### DRIVER LICENSE INFORMATION

| License Status | 100 | License Number |
|---|---|---|
| 000 Not licensed | | 934005214 |
| 100 Valid license | | |
| 200 Suspended | | License State: AR    License Class: D |
| 201 Revoked | | |
| 202 Expired | | Is Commercial Driver License? |
| 203 Cancelled or denied | | ☐ Yes   ☑ No |
| 204 Disqualified | | |
| 999 Unknown | | |

| Endorsements on License *Check all that apply.* | Endorsements Violated *Check all that apply.* | Restrictions on License *Check all that apply.* | Restrictions Violated *Check all that apply.* |
|---|---|---|---|
| ☐ 000 None | ☑ 000 None | ☑ 000 None | ☑ 000 None |
| ☐ 100 Double/triple trailers | ☐ 100 Double/triple trailers | ☐ 100 With licensed adult | ☐ 100 With licensed adult |
| ☐ 101 Passenger | ☐ 101 Passenger | ☐ 101 Corrective lenses | ☐ 101 Corrective lenses |
| ☐ 102 Tank vehicle | ☐ 102 Tank vehicle | ☐ 102 Mechanical aid | ☐ 102 Mechanical aid |
| ☐ 103 Hazardous materials | ☐ 103 Hazardous materials | ☐ 103 Prosthetic aid | ☐ 103 Prosthetic aid |
| ☐ 104 Tank vehicle & hazardous materials | ☐ 104 Tank vehicle & hazardous materials | ☐ 104 Automatic transmission | ☐ 104 Automatic transmission |
| ☐ 105 School | ☐ 105 School | ☐ 105 Outside mirror | ☐ 105 Outside mirror |
| ☑ 106 Motorcycle | ☐ 106 Motorcycle | ☐ 106 Daylight only | ☐ 106 Daylight only |
| ☐ 107 Motor driven cycle | ☐ 107 Motor driven cycle | ☐ 107 Class B or C with passengers and class D | ☐ 107 Class B or C with passengers and class D |
| ☐ 108 Valid without photo | ☐ 108 Valid without photo | ☐ 108 Class C only with passengers | ☐ 108 Class C only with passengers |
| ☐ 198 Other (describe below) | ☐ 198 Other (describe below) | ☐ 109 Vehicles without airbrakes | ☐ 109 Vehicles without airbrakes |
| | | ☐ 110 Interlock device | ☐ 110 Interlock device |
| | | ☐ 111 School, church, or transit bus | ☐ 111 School, church, or transit bus |
| | | ☐ 112 Class D only with passengers | ☐ 112 Class D only with passengers |
| | | ☐ 113 Diesel fuel, fertilizer only | ☐ 113 Diesel fuel, fertilizer only |
| | | ☐ 114 Seasonal farm service vehicle | ☐ 114 Seasonal farm service vehicle |
| | | ☐ 198 Other (describe below) | ☐ 198 Other (describe below) |

### DRIVER SEATING AND SAFETY INFORMATION

**Seating Position** 110

**Standard Vehicle Seats**

| | Front | | | |
|---|---|---|---|---|
| Row | Left | Middle | Right | Other |
| 1 | 110 | 120 | 130 | 180 |
| 2 | 210 | 220 | 230 | 280 |
| 3 | 310 | 320 | 330 | 380 |
| 4 | 410 | 420 | 430 | 480 |
| 5 | 510 | 520 | 530 | 580 |

**Other Seating Positions**
800 Sleeper section of cab (truck)
801 Passenger section of bus
802 Enclosed passenger/cargo area
803 Unenclosed passenger/cargo area
804 Passenger/cargo area, unknown if enclosed
805 Trailing unit
806 Riding on motor vehicle exterior

**Unknown**
999 Unknown

**Bus Seating Position**

*(Complete if 801 was selected for Seating Position above.)*

| | Front | | | | | |
|---|---|---|---|---|---|---|
| Driver | | | | | | |
| 1A | 1B | 1C | | 1D | 1E | 1F |
| 2A | 2B | 2C | | 2D | 2E | 2F |
| 3A | 3B | 3C | | 3D | 3E | 3F |
| 4A | 4B | 4C | Aisle | 4D | 4E | 4F |
| 5A | 5B | 5C | | 5D | 5E | 5F |
| : | : | : | | : | : | : |
| ##A | ##B | ##C | | ##D | ##E | ##F |

**Restraint Systems Used** 970
000 None used - motor vehicle occupant
100 Shoulder and lap belt used
101 Shoulder belt only used
102 Lap belt only used
103 Restraint used - type unknown
104 Child restraint system - forward facing
105 Child restraint system - rear facing
106 Booster seat
107 Child restraint - type unknown
198 Other
970 Not applicable
999 Unknown

**Air Bags Deployed**
*Check all that apply:*
☐ 000 Not deployed
☐ 100 Deployed: front
☐ 101 Deployed: side
☐ 102 Deployed: curtain
☐ 198 Deployed: other
☑ 970 Not applicable
☐ 999 Unknown

**Motorcycle Helmet Usage** 100
000 No helmet worn
100 DOT-compliant motorcycle helmet worn
101 Non-DOT-compliant motorcycle helmet worn
102 Helmet worn, unknown if DOT-compliant
999 Unknown if helmet worn

**Eye Protection Usage**
☑ Yes
☐ No
☐ Unknown

**Ejection** 970
000 Not ejected
100 Ejected, partially
101 Ejected, totally
970 Not applicable
999 Unknown

**Ejection Path** 970
000 Not ejected
100 Side door opening
101 Side window
102 Windshield
103 Back window
104 Back door/tailgate opening
105 Roof opening (sun roof, convertible top down)
106 Roof (convertible top up)
198 Other (e.g., back of pickup truck, torn-off roof, car cut in half)
970 Not applicable
999 Unknown

**Extrication** 000
000 Not extricated
100 Extricated
999 Unknown

CRASH REPORT - DRIVER INFORMATION

533464

| Motor Vehicle # | ARKANSAS MOTOR VEHICLE CRASH REPORT | Page | 10 | of | 12 |
|---|---|---|---|---|---|
| 2 | DRIVER INFORMATION | Crash Report # | 18L011716 | | |

## MEDICAL INFORMATION

| Injury Status | 1 | Type of Medical Transportation | 000 | EMS Notified | | EMS Arrived | |
|---|---|---|---|---|---|---|---|
| 1 (K) Fatal injury | | 000 Not transported | | 04/20/2018 | 11:11 PM | 04/20/2018 | 11:14 PM |
| 2 (A) Suspected serious injury | | 100 EMS air | | Date | Time | Date | Time |
| 3 (B) Suspected minor injury | | 101 EMS ground | | Transported to Medical Facility By | | | |
| 4 (C) Possible injury | | 102 Law enforcement | | | | | |
| 5 (O) No apparent injury | | 198 Other | | | | | |
| Trauma Band # | | | | Medical Facility Transported To | | | |
| | | 199 Transported, but method unknown | | | | | |
| | | 999 Unknown if transported | | | | | |

## DRIVER CONDITION AND CIRCUMSTANCES

| Condition at Time of Crash | Driver Distracted By | 999 | Driver Vision Obscured By | | 980 |
|---|---|---|---|---|---|
| Check all that apply: | 000 Not distracted | | 000 No obstruction noted | 106 Not in-transport motor vehicle | |
| ☐ 000 Apparently normal | 100 Manually operating an electronic | | 100 Rain, snow, fog, smoke, sand, or dust | (parked, working) | |
| ☐ 100 Physically impaired | communication device (texting, typing, dialing) | | 101 Reflected glare, bright sunlight, | 107 Splash or spray of passing vehicle | |
| ☐ 101 Emotional (depressed, angry, disturbed, etc.) | 101 Talking on hands-free electronic device | | or headlights | 108 Inadequate defrost or defog system | |
| ☐ 102 Ill (sick) or faint | 102 Talking on hand-held electronic device | | 102 Curve, hill, or other roadway | 109 Inadequate vehicle lighting system | |
| ☐ 103 Asleep or fatigued | 103 Other activity with an electronic device | | design feature | 110 Obstruction interior to the vehicle | |
| ☐ 104 Under the influence of medication or drugs | 104 Passenger | | 103 Building, billboard, or other structure | 111 External mirrors | |
| ☐ 105 Under the influence of alcohol | 980 Other distraction inside the vehicle | | 104 Trees, crops, or vegetation | 112 Broken or improperly cleaned windshield | |
| ☐ 198 Other | 981 Other distraction outside the vehicle | | 105 In-transport motor vehicle | 113 Obstructing angles on vehicle | |
| | 999 Unknown if distracted | | (including load) | 199 Vision obscured - no details | |
| | If 980 or 981, describe below: | | 980 Other visual obstruction (describe below) | | |
| ☒ 999 Unknown | | | Unknown | | |

| Driver Suspected of Alcohol Usage | Alcohol Test Type Given | 000 | Alcohol Test Result Status | 970 | Blood Alcohol Content | Speeding Related | 999 |
|---|---|---|---|---|---|---|---|
| | 000 No test given | | 100 Results pending | | | 000 Not speeding | |
| ☐ Yes | 001 Test refused | | 101 Results received | | | 100 Racing | |
| | 100 Blood test | | 970 Not applicable | | | 101 Exceeded speed limit | |
| ☐ No | 101 Breath test | | 999 Unknown | | | 102 Too fast for conditions | |
| | 102 Urine test | | | | | 999 Unknown | |
| ☒ Unknown | 198 Other type of test | | | | ☐ Result received from | | |
| | 999 Unknown if tested | | | | Crime Lab | | |

| Driver Suspected of Drug Usage | Drug Test Type Given | 000 | Drug Test Results | ☐ Result received from Crime Lab | Citations | |
|---|---|---|---|---|---|---|
| | 000 No test given | | Pending/Negative | Not Applicable/Unknown | Citation # | Charges |
| ☐ Yes | 001 Test refused | | ☐ 000 Results negative | ☒ 970 Not applicable | | |
| | 100 Blood test | | ☐ 100 Results pending | ☐ 999 Unknown | | |
| ☐ No | 101 Urine test | | Positive Results (check all that apply) | | | |
| | 102 Both blood and urine tests | | ☐ 200 Amphetamines | ☐ 206 Methamphetamines | | |
| ☒ Unknown | 198 Other type of test | | ☐ 201 Barbituates | ☐ 207 Opiates | | |
| | 999 Unknown if tested | | ☐ 202 Benzodiazepines | ☐ 208 Oxycodone | | |
| | | | ☐ 203 Cannabinoids | ☐ 209 Propoxyphene | | |
| | | | ☐ 204 Cocaine | ☐ 210 Phencyclidine (PCP) | | |
| | | | ☐ 205 Methadone | | | |
| | | | ☐ 298 Other positive result (describe below) | | | |

## DRIVER ACTIONS AT TIME OF CRASH

Check all that apply:

☐ 000 No contributing action   ☒ 999 Unknown

| Disregarded Traffic Signs or Controls | Improper Maneuver | Other Actions |
|---|---|---|
| ☐ 100 Disregarded red light | ☐ 300 Improper right turn | ☐ 600 Impeding traffic |
| ☐ 101 Disregarded other traffic signal | ☐ 301 Improper left turn | ☐ 601 Ran off roadway |
| ☐ 102 Disregarded stop sign | ☐ 302 Improper U-turn | ☐ 602 Crowded off roadway |
| ☐ 103 Disregarded yield sign | ☐ 303 Improper backing | ☐ 603 Crossing median |
| ☐ 104 Disregarded other traffic sign | ☐ 304 Improper passing | ☐ 604 Failed to yield right-of-way |
| ☐ 105 Disregarded other road markings | ☐ 305 Improper lane change | ☐ 605 Failed to keep in proper lane |
| ☐ 106 Disregarded officer or flagman | ☐ 306 Improperly parked | ☐ 606 Wrong side of road |
| | | ☐ 607 Wrong way |
| Swerved or Avoided | Improper Use of Lights or Signals | ☐ 608 Followed too closely |
| ☐ 200 Swerved or avoided due to wind | ☐ 400 Driving without lights | ☐ 609 Cutting in |
| ☐ 201 Swerved or avoided due to slippery surface | ☐ 401 Failed to dim headlights | ☐ 610 Over-correcting or over-steering |
| ☐ 202 Swerved or avoided due to motor vehicle | ☐ 402 Failed to or improper signal | ☐ 980 Other contributing action (describe below) |
| ☐ 203 Swerved or avoided due to non-motorist in roadway | Unsafe Operation | |
| ☐ 204 Swerved or avoided due to object in roadway | ☐ 500 Reckless operation | |
| ☐ 205 Swerved or avoided due to animal in roadway | ☐ 501 Aggressive operation | |
| | ☐ 502 Inattentive, careless, negligent, or erratic operation | |
| | ☐ 503 Under the influence of alcohol | |
| | ☐ 504 Under the influence of drugs | |

CRASH REPORT - DRIVER CONDITION AND CIRCUMSTANCES

**533464**

## ARKANSAS MOTOR VEHICLE CRASH REPORT
### NARRATIVE

Page 11 of 12

Crash Report # 18L011716

Driver of V2, Tadlock, was southbound on SH 7 (Central Avenue) in the inside (left) lane approaching its intersection with Orange Street. Driver of V1, Shaw, was northbound on SH 7 (Central Avenue) and was attempting to turn left (West) onto Orange Street. V1 turned in front of V2. The front of V2 struck the rear passenger (right) side of V1 just behind the rear tire.

CRASH REPORT - NARRATIVE

533464

| Scene #<br>1 | ARKANSAS MOTOR VEHICLE CRASH REPORT<br>DIAGRAM | Page 12 of 12<br>Crash Report # 18L011716 |
|---|---|---|

Diagram pending investigation

CRASH REPORT - DIAGRAM

ERIC SHAW
GENERAL DELIVERY
Colorado Springs, CO
80903

U.S. DISTRICT COURT
OFFICE OF THE CLERK
30 S 6th Street Room 1038
Fort Smith, AR 72901



© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131